■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ARRIAGA, Appellant. [799 NYS2d 420]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered March 1, 2000, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AURELLO BARNES, Also Known as ESCALANTE BARNES, Appellant. [799 NYS2d 421]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 17, 2001 (*People v Barnes*, 289 AD2d 413 [2001]), affirming a judgment and amended judgment of the Supreme Court, Queens County, both rendered January 7, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., H. Miller, S. Miller and Crane, JJ., concur.